IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>WESTERN DIVISION</u>

| | |
|---|---|
| DOROTHY A. McQUEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 98-PWG-0372-W |
| | ) |
| INTEGRATED HEALTH SERVICES, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

On February 22, 2000, the court granted summary judgment in favor of defendants. (Docs. #49 and #50). On November 9, 2000, the court granted plaintiff's motion to set aside order due to the pending bankruptcy proceedings. (Doc. #59). The court specifically stated:

> All Rule 56 deadlines have passed, no additional Rule 56 material from the parties will be considered and the Judgment and Memorandum of Opinion entered February 20, 2000 will be re-entered at the conclusion of the bankruptcy proceedings. (Doc. #59)

On February 26, 2004, the court was advised that the bankruptcy proceedings have concluded and "[a]s a result of the bankruptcy proceedings, Integrated Health Services, Inc. is in the process of being liquidated." (Doc. #64).

The court's February 22, 2000 Memorandum of Opinion (Doc. #49) is due to be reinstated and defendants' motion for summary judgment is due to be granted. A separate final judgment consistent with this memorandum of opinion will be entered simultaneously herewith.

DONE and SO ORDERED this the _5th_ day of March, 2004.

PAUL W. GREENE
CHIEF MAGISTRATE JUDGE

